IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Civil Action No. 09-cv-01178-LTB
Criminal Action No. 04-cr-00403-LTB-4

UNITED STATES OF AMERICA,

v.

ARNOLDO ZAPATA,

   Movant.

ORDER DIRECTING MOVANT TO FILE AMENDED 28 U.S.C. § 2255 MOTION

   Movant Arnoldo Zapata appears to have filed a **pro se** Motion pursuant to 28 U.S.C. § 2255.  I must construe the Motion liberally because Mr. Zapata is representing himself.  **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, I should not act as a **pro se** litigant's advocate.  **See Hall**, 935 F.2d at 1110.

   Although it is clear that Mr. Zapata raises an ineffective assistance of counsel claim and a due process claim, it is difficult to determine any other claims that he may be asserting.  Mr. Zapata fails to assert his claims clearly and to state specific facts in support of his claims.  He also has attached a copy of part of the Tenth Circuit's opinion in his direct appeal.  It is not clear whether he intends to raise in his § 2255 Motion some of the claims asserted by his co-defendants in the direct appeal.  Therefore, Mr. Zapata will be ordered to file an Amended Motion.  He must allege, clearly and

concisely, the specific claims for relief he is asserting as well as the specific facts that support each asserted claim if he wishes to pursue his claims in this action.

Mr. Zapata also failed to sign the § 2255 Motion. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed . . . . by a party personally if the party is unrepresented." Mr. Zapata is instructed to sign the Amended Motion that he has been instructed to file. Accordingly, it is

ORDERED that Mr. Zapata file, **within thirty days from the date of this Order**, an Amended Motion, pursuant to 28 U.S.C. § 2255, that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Zapata, together with a copy of this Order, two copies of the following form for use in submitting the Amended Motion: Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. It is

FURTHER ORDERED that if Mr. Zapata fails within the time allowed to file a properly signed Amended Motion the action will be dismissed without further notice.

DATED at Denver, Colorado, this   29th   day of      May         , 2009.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court