## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-403-LTB
Civil Action No. 09-cv-01178-LTB

UNITED STATES OF AMERICA,

     Plaintiff-Respondent,

v.

4.     ARNOLDO ZAPATA,

     Defendant-Movant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on January 31, 2011, the following Final Judgment is hereby entered:

It is ORDERED that Defendant-Movant Arnoldo-Zapata's Motion to Vacate under 28 U.S.C. § 2255 (Doc. No. 1406) filed on July 1, 2009, is DENIED.   It is

FURTHER ORDERED that the defendant-movant Zapata is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

Dated at Denver, Colorado this   1st   day of February, 2011.

     FOR THE COURT:

     GREGORY C. LANGHAM, CLERK

     By: s/ Edward P. Butler
          Edward P. Butler, Deputy Clerk