**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  04-cr-00403-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.     ARNOLDO ZAPATA,

        Defendant.
_____

**ORDER**
_____

For the reasons stated in the Government's Response (Doc 1532) to Defendant's Motion Requesting Consideration of Reduction in Time Pursuant to 18 U.S.C. § 3582(c)(2) and *Pepper v. United States* (Doc 1528), Defendant's Motion is DENIED.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

Dated:  September 3, 2015